IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

Gerren Jacoway #97354  )
         Plaintiff     )    16-3117-CV-S-MDH-PIE
                       )    NO. _____
                       )
Dr. Chada + Dr. Gaddy  )
Ralf J Salke Vice President Operations )
Corizan                )
Dave Dormire Director Adult Inst. )
         Defendents    )

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC § 1983

I. Place of present confinement of plaintiff <u>South Central Corrections 255 West Hwy. 32 Licking, Missouri 65542</u>

II. Parties to this action
  A. <u>Plaintiff Gerren Jacoway Register No. 97354#</u>
     <u>Address Licking Correction 255 West Hwy 32 65542</u>
  B. <u>Defendent Ralf J. Salke, Vice President of Operations</u>
     <u>Corizen</u>, Dr Chada, Dr. Gaddy, Dave Dormire

For additional plaintiffs or defendents to above information see C on next page.

C. Defendant Michael Bowersox Warden Superintendant South Central Corrections
D. Defendant Doctor Chada diagnostic
E. Defendant Doctor Gaddy diagnostic

III Do your claims involve medical treatment  Yes ✓ No ___
IV Do you request a jury trial  Yes ✓ No ___
V Do you request money damages  Yes ✓ No ___
   state the amount claimed $250.000 actual Punitive
VI Are the wrongs all in your complaint continuing to occur  Yes ✓ No ___

For additional cases provide above in same format on a separate page

Parties to this action additional pages

A. Does your institution have an administrative or grievance proceedure   Yes ✓  No ___

B. Have the claims in this case been presented through an administrative or grievance proceedure within the institution   Yes ✓  No ___

C. If the grievance was filed, state the date your claims were presented, how thay were presented and the results of the proceedure (Attach a copy of final results)
(A) Date of claim 11-6-15 (B) Listed as No sick call for hernia
III. PROCEDURES A. STAFF RESPONSIBILITIES. immediat heath service Access
C. Deliberate permitting unreasonable delays by officer in medical area (see Manual)

D. If you filed a grievance state the reason
Grievance filed because hernia droped down into nut sack causing pain in groin area

VIII Previous civil action
A. Have you began other cases in state or Federal court dealing with the same facts in this case   Yes ___ No ✓

B. Have you began other cases in state or Federal courts relating to the condition of or your treatment wile in confinement   Yes ✓ No ___

C. If your answer is "yes" to either of the above questions provide the following for each case
(1) Style <u>Gerren Jacoway 97354    COI Pankau, et al 11-6067-CV-3J HFS</u>
   Plaintiff    v.    Defendant
(2) Date filed <u>October 2, 2012</u>
(3) Court where filed <u>UNITED STATES DISTRICT MISSOURI ST JOSEPH</u>
(4) Case number and citation <u>06-6092-CV-SJ-HFS-P</u>
(5) Basic claim made <u>SMOKEING issue exposure</u>
(6) Date of disposition <u>July 15, 2013</u>
(7) Disposition (1) NAME SPELLING (2) SUMMARY Judgment (3) Dismissed with prejudice
(8) If resolved state whether for <u>defendants as state has pass blame on to individual as usual COI Pankau al 11-6067-CV-SJ</u>
   Plaintiff or defendant

IX Statement of claim Placed in cell with inmate who
A. Inmate placed in cell and assaulte by another inmate who smoked by staff at CRCC
(see) Doc. No 1 Ex 1, p. 8

B. State briefly your legal theory or cite appropriate authority (1) <u>Previously: violation of protected liberty of nonsmokers.</u>

(2) <u>Presently: Corizon violation of Eight Amendment Estelle V Gamble 429 U.S. 97 104. Hypocrical oath by not providing outside consultants necessary diagnostics (see manual) III C.</u>

X Relief: State briefly exactly what you want the court to do for you: Make no legual arguments
<u>Parole release to persue medical attention that State refuses to provide inmate needs operation to save funds</u>

XI Counsel
   A. If someone other than a lawyer is assisting you in preparing this case state that persons name

   B. Have you made any effort to contact a lawyer to determine if he or she would represent you in this civil action    Yes \_\_\_\_\_ No ✓

   If so state the name(s) and address(es) of each lawyer contacted _____

   If not your reason why <u>Previous contact with Lawyer proved futile in finding represensentation of inmates with limited funds.</u>

c. Have you previously had a lawyer representing you in a civil action in this court Yes ___ No ✓

If so state the lawyer's name and address
_____
_____


I declare under the penalty of perjury that the foregoing is true and correct
Executed (signed) this 29 day of February 2016

*Genin Janeway*
_____
_____
_____

Signature(s) of Plaintiff(s)

Subscribed and sworn to before me this 29th day of February in the year 2016

KAREN F. CARTER
Notary Public - Notary Seal
State of Missouri
Commissioned for Texas County
My Commission Expires: May 27, 2017
Commission Number: 13671689

*Karen F. Carter*
Notary Public

5

Gerren Jacoway 97354#
South Central Correction
255 West Hwy 32 Licking, Mo
65542

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

SPRINGFIELD MO 658

10 MAR 2016 PM 3 L

SCREENED BY
U.S. MARSHALS

U.S District Court
Western District of Missouri
400 East 9th Street
Kansas City, Mo 64106

6410626O801