# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

Gerren Jacoway,

    Plaintiff,

    **V.**                Case No. 16-3117-CV-S-MDH-P

Dr. Chada, et al.,

    Defendants.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to comply with an Order of the Court. All applicable statutes of limitations continue to apply. The Court will not entertain a motion to reopen this case unless it is filed within 20 days from the date of this Order, and all listed defects corrected. Plaintiff is advised that if he appeals this Order he will become immediately liable for the entire $505.00 appellate filing fee.

Entered on:   <u>April 28, 2016.</u>

                                                    PAIGE WYMORE-WYNN
                                                  ACTING CLERK OF COURT

                                                  <u>/s/ C. Thoennes</u>
                                                 (By) Deputy Clerk